IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS TOMASINI,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-294-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Nicholas Tomasini against defendant Carolyn W. Colvin awarding plaintiff additional attorney fees in the amount of $1,098.75.

| /s/ | 5/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |